UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RISA CACCIOTTI,

      Plaintiff,

v.                                                                                    Case No: 5:25-cv-33-JSM-PRL

WALMART, INC., et al.,

      Defendants.

_____

## ORDER

This matter is before the Court on Plaintiff's renewed motion for permission to file her petition for approval of attorney's fee contract under seal. (Doc. 36). The Court denied Plaintiff's initial motion because it failed to comply with the requirements of Local Rule 1.11(b), which governs motions to seal. (Doc. 35).

In her renewed motion, Plaintiff has corrected the deficiencies previously identified by the Court. Plaintiff has established that it is necessary to file the petition for court approval, that sealing the petition is necessary, and that using a redaction is unsatisfactory. And Plaintiff submitted the petition for the Court's review.

Accordingly, and upon due consideration, Plaintiff's motion (Doc. 36) is due to be **granted**. Plaintiff may file her petition for approval of attorney's fee contract under seal.

- 2 -

DONE and ORDERED in Ocala, Florida on February 2, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record

- 2 -